UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACKIE JAMES, | : | CIVIL NO: 3:19-CV-00270 |
| | : | |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| KARA N. TEMPLETON, | : | |
| | : | |
| Defendant. | : | |

# ORDER
February 11, 2022

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the defendant's motion (*doc. 40*) for summary judgment is **DENIED WITHOUT PREJUDICE.** The deadline for dispositive motions is *sua sponte* extended to **May 10, 2022.** But before another summary judgment motion is filed, the parties shall meet and confer in a good faith effort to settle this case. In this regard, the plaintiff shall submit a settlement demand to the defendant on or before **March 4, 2022**, the defendant shall respond to that demand on or before **March 18, 2022**, and, if the case has not settled, the parties shall submit a joint status report to the court on or before **April 8, 2022**, regarding the status of settlement negotiations and whether the parties are

interested in participating in mediation or a settlement conference with a magistrate judge.

                                                     *S/Susan E. Schwab*
                                                     Susan E. Schwab
                                                     United States Magistrate Judge