UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACKIE JAMES, | : | CIVIL NO: 3:19-CV-00270 |
| | : | |
| Plaintiff | : | |
| | : | |
| | : | (Magistrate Judge Schwab) |
| v. | : | |
| | : | |
| KARA N. TEMPLETON, *in her* | : | |
| *Individual capacity*, | : | |
| | : | |
| Defendant | : | |
| | : | |

## ORDER
August 9, 2022

Plaintiff Jackie James brought this action through his counsel Cynthia Pollick. In June 2022, informing the court that she had been incarcerated, Pollick requested that her address on the docket be updated. *See doc. 58* She later informed the court that her law license will expire on July 1, 2022, and likely will not be renewed. *See doc. 60* at 2. As a result, we ordered Pollick to show cause, if there is any, on or before August 15, 2022, why her appearance for the plaintiff should not be withdrawn. *See doc. 62*. We also ordered Pollick to provide the court with an address for the plaintiff. *Id.*

Apparently before receiving the court's show cause order, Pollick filed a letter request to withdraw from this case given that her law license will be

suspended. *See doc. 65*.  And after receiving the court's show cause order, Pollick filed another letter again asserting that her law license will soon be suspended and asserting that the plaintiff's address can be found in the record relating to the prior summary judgment motion. *See doc. 66*.

Given Pollick's assertion that her law license will be imminently suspended, **IT IS ORDERED** that Pollick's request (*doc. 65*) to withdraw as counsel is **GRANTED**.  **IT IS FUTHER ORDERED** that the Clerk of Court shall note on the docket the following address for Plaintiff James:  Jackie James, 70 Laurel Street, Nanticoke, PA 18634.[1]   The Clerk of Court shall send James a copy of this Order, a copy of the docket sheet, a copy of Pollick's filings regarding her incarceration and law license (*docs. 58, 60, 65, 66*), a copy of the defendant's pending summary judgment motion (*doc. 55*), a copy of the court's orders granting the defendant's motion to extend the time to file a brief and statement of material facts in support of that motion (docs. *57, 61, 64*).

In order to allow James time to find replacement counsel, **IT IS ALSO ORDERED** that all briefing as to the pending summary judgment motion is **STAYED** pending further order of the court.   Finally, **IT IS ORDERED** that, on

---

[1] This is the address James provided during his March 30, 2021 deposition. *See doc. 43-3* at 58–59.

or before **September 9, 2022**, James shall inform the court whether he has replacement counsel or whether he intends to proceed with this case pro se.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge
