## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACKIE JAMES, | : | CIVIL NO: 3:19-CV-00270 |
| | : | |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| KARA N. TEMPLETON, | : | |
| | : | |
| Defendant. | : | |

## ORDER
March 14, 2023

For the reasons set forth in the Memorandum Opinion filed concurrently

with this Order, **IT IS ORDERED** that the defendant's second motion (*doc. 55*)

for summary judgment is **GRANTED**.  The Clerk of Court shall enter judgment in

favor of the defendant and then close the case.


*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge